SLEEPER'S, INC.

v.

**MAINE BONDING & CASUALTY COMPANY.**

Supreme Judicial Court of Maine.

Aug. 29, 1979.

Rudman, Winchell, Carter & Buckley by Michael D. Taber (orally), Bangor, for plaintiff.

Bernstein, Shur, Sawyer & Nelson by Peter J. Rubin (orally), Portland, for defendant.

Before McKUSICK, C. J., and POMEROY, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

**MEMORANDUM OF DECISION**

By an evenly divided court the judgment of the Superior Court is affirmed.

No costs on appeal are allowed to either party.

WERNICK, J., did not sit.